Same case below, 417 Md. 217, 9 A.3d 56.

**No. 10-9774 (10A957). William Glenn Boyd, Petitioner v. Alabama.**

563 U.S. 914, 131 S. Ct. 1811, 179 L. Ed. 2d 674, 2011 U.S. LEXIS 2597.

March 31, 2011. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the Supreme Court of Alabama denied.